1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   FRANCINE ZEPEDA, Bar #091175
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
    Telephone: (559) 487-5561
5
    Attorney for Defendant
6   DIEGO ALVAREZ-VELA

7
                        IN THE UNITED STATES DISTRICT COURT
8
                      FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA,            )
                                         )   No. 1:09-cr-0237 OWW
11                  Plaintiff,           )
                                         )   STIPULATION TO CONTINUE STATUS
12           v.                          )   CONFERENCE HEARING;  ORDER
                                         )
13  DIEGO ALVAREZ-VELA,                  )   Date:  January 11, 2010
                                         )   Time:  9:00 A.M.
14                  Defendant.           )   Court: Hon. Oliver W. Wanger
    _____ )
15

16          **IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective

17  counsel, that the status conference hearing in the above-captioned matter now set for December 14, 2009,

18  may be continued to January 11, 2010, at 9:00 A.M.

19          This continuance is requested by counsel for Defendant to allow her additional time for defense

20  preparation and investigation, and to allow the parties additional time for plea negotiation.  The requested

21  continuance will conserve time and resources for the parties and the court.

    ///
22
    ///
23
    ///
24
     ///
25
    ///
26
    ///
27

28  ///

1    The parties agree that the delay resulting from the continuance shall be excluded in the interests of

2  justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and

3  3161(h)(8)(B)(i) and (iv).

4                                                         McGREGOR W. SCOTT
                                                         United States Attorney
5

6  DATED: December 10, 2009                    By:    /s/ Ian Garriques
                                                         IAN GARRIQUES
7                                                        Assistant United States Attorney
                                                         Attorney for Plaintiff
8

9                                                         DANIEL J. BRODERICK
                                                         Federal Public Defender
10

11 DATED: December 10, 2009                    By:    /s/  Francine Zepeda
                                                         FRANCINE ZEPEDA
12                                                       Assistant Federal Defender
                                                         Attorneys for Defendant
13

14

15

16                                    **O R D E R**

17        **IT IS SO ORDERED**.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and

18 3161(h)(8)(B)(i) and (iv).

19

20

21

   IT IS SO ORDERED.
22

   **Dated:     December 10, 2009**                    **/s/ Oliver W. Wanger**
23                                                         UNITED STATES DISTRICT JUDGE

24

25

26

27

28

Stipulation to Continue Status Conference Hearing; Order        2